# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| EARNEST C. SMALLWOOD, JR. and<br>EARTHA Y. SMALLWOOD | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:20-CV-2989-S-BH |
| WILLOW WAY, LLC | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 27]. Plaintiffs filed an objection [ECF No. 29]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court **OVERRULES** Plaintiffs' objection and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiffs' Smallwoods Motion to Dismiss, filed October 5, 2020 [ECF No. 5] is **DENIED**, and Defendant's Motion to Dismiss and for Sanctions, filed December 14, 2020 [ECF No. 12] is **GRANTED**. By separate judgment, the case will be **DISMISSED with prejudice**, and the plaintiffs will be **SANCTIONED** and **BARRED** from filing any case concerning the property at issue this case in this district.

**SO ORDERED.**

SIGNED June 28, 2021.

_____
**UNITED STATES DISTRICT JUDGE**